# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ROTTEN RECORDS, INC.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.58.53.10 , ET AL.,
*Defendant*

CASE NUMBER: 1:15-CV-03306-NLH-JS

TO: *(Name and address of Defendant):*

Charles Slovak
1307 N. Route 9
Cape May Court House, NJ 08210-1631

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. Jordan Rushie, Esq.
Flynn Wirkus Young, P.C.
2424 E. York Street, Suite 316
Philadelphia, PA 19125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Jay Sanchez, Jr.**
(By) DEPUTY CLERK



ISSUED ON 2015-10-26 10:52:09, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE October 28, 2015 @ 4:40 pm |
| NAME OF SERVER (PRINT) Anthony Devers | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1307 Rt. 9 north, Cape May Court House, NJ 08210.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 29, 2015
Date

Signature of Server

Address of Server

Court House Legal Services Inc.
112 Haddontowne Ct.
Suite 304
Cherry Hill, N.J. 08034

DESCR - 50 WM
6'2" 195 GRY HAR