Flynn Wirkus Young, P.C.
A. Jordan Rushie, Esq.
NJ ID No. 043232008
*jrushie@flynnwirkus.com*
2424 E York Street, Suite 316
Philadelphia, PA 19125
T: (215) 568-1440
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTTEN RECORDS, INC.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES SLOVAK,<br><br>　　　　　　Defendant. | Civil Action No. 1:15-cv-03306-NLH-JS |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, having reached a resolution in this matter, hereby stipulate to the dismissal of Plaintiff's Complaint and counts and claims therein, with prejudice.

Respectfully Submitted,
Plaintiff, Rotten Records, Inc.
By its attorneys,

/s/ A. Jordan Rushie
A. Jordan Rushie, Esq.
NJ ID No. 043232008
*jrushie@flynnwirkus.com*
Flynn Wirkus Young, P.C.
2424 E York Street, Suite 316
Philadelphia, PA 19125
215-568-1440

Defendant, Charles Slovak,
By his attorneys

/s/ Leslie A. Farber
Leslie A. Farber, Esq.
NJ ID No.
Leslie A. Farber, LLC
33 Plymouth Street, Suite 204
Montclair, NJ 07042

> Jeffrey J. Antonelli, Esq.
> Melissa Brabender, Esq.
> Antonelli Law
> 33 East Wacker Drive, Suite 1875
> Chicago, IL 60601
> *pro hac vice*

Dated:  March 31, 2016
H:\Rushie Law\Rightscorp\Rotten Records\NJ\RR1 - Rotten Records v. Doe IP 71.58.53.10   SLOVAK\Pleadings\Stip of Dismissal 3.31.16.docx

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for the Plaintiff, hereby certifies that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                       */s/ A. Jordan Rushie*_____
                                                       A.  Jordan Rushie, Esq.